UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DEMAINE JACKSON,

        Petitioner,               AMENDED REFERRAL ORDER

                                                 06-CV-6322L(VEB)

    -vs-

COMMISSIONER GLENN S. GOORD,
N.Y.S. Department of Correctional Services,

        Respondent.
_____

    It is hereby ORDERED that the ORDER dated May 17, 2007 (Dkt. # 13), entered in this case on May 18, 2007, is amended as follows:

    The Magistrate Judge shall also hear and report upon dispositive motions, for the consideration of the District Judge pursuant to 28 U.S.C. 636(b)(1)(B)-(C).

    All other provisions of said ORDER remain in full force and effect.

    IT IS SO ORDERED.

                                                 _____
                                                   DAVID G. LARIMER
                                              United States District Judge

DATED:    August 15, 2007
                Rochester, New York